RECEIVED

**EMF-JMR/2012R00697**

JAN 07 2015

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 13-429 (RBK) |
| | : | |
| v. | : | |
| | : | |
| CARL WILES, | : | 21 U.S.C. §§ 846, 841(a)(1) and |
| a/k/a "Call Call," | : | (b)(1)(C), 843(b), 856, and |
| FUQUAN PULLIAM, | : | 18 U.S.C. §§ 922(g)(1), 924(c) and 2; |
| a/k/a "FU," | : | |
| KHALIL MIMS, | : | 21 U.S.C. § 853 |
| a/k/a "Lil," | : | |
| KEITH JACKSON, | : | |
| a/k/a "Tick," | : | |
| JUSTIN GOULD, | : | |
| a/k/a "Jay," | : | |
| MARQUEIS THOMAS RANDALL, | : | |
| a/k/a "Marty," | : | |
| WILLIAM GIDEON, | : | |
| a/k/a "Will," and | : | |
| ELQUINZIE LEWIS, | : | |
| a/k/a "Quince Lewis" | : | |

## SECOND SUPERSEDING INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Camden,

charges:

## COUNT 1
### [21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute Crack Cocaine, Heroin and Cocaine]

1.      From in or about December 2011 to in or about April 2013, in

Camden County, in the District of New Jersey, and elsewhere, defendants

CARL WILES, a/k/a "Call Call,"
FUQUAN PULLIAM, a/k/a "Fu,"
KHALIL MIMS, a/k/a "Lil,"
KEITH JACKSON, a/k/a "Tick,"
JUSTIN GOULD, a/k/a "Jay,"
MARQUEIS THOMAS RANDALL, a/k/a "Marty,"

WILLIAM GIDEON, a/k/a "Will," and
ELQUINZIE LEWIS, a/k/a "Quince Lewis,"

did knowingly and intentionally conspire and agree with others to distribute
and to possess with intent to distribute:

(a) 280 grams or more of a mixture and substance containing a
detectable amount of cocaine base (hereinafter "crack cocaine"), a Schedule II
drug controlled substance, contrary to Title 21, United States Code, Sections
841(a)(1) and (b)(1)(A);

(b) 100 grams or more of a mixture and substance containing a
detectable amount of heroin, a Schedule I drug controlled substance, contrary
to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B); and

(c) a mixture and substance containing a detectable amount of cocaine, a
Schedule II drug controlled substance, contrary to Title 21, United States Code,
Sections 841(a)(1) and 841(b)(1)(C).

2. At times relevant to this Second Superseding Indictment,
defendants CARL WILES, a/k/a "Call Call," FUQUAN PULLIAM, a/k/a "Fu,"
KHALIL MIMS, a/k/a "Lil," KEITH JACKSON, a/k/a "Tick," JUSTIN GOULD,
a/k/a "Jay," MARQUEIS THOMAS RANDALL, a/k/a "Marty," WILLIAM
GIDEON, a/k/a "Will," and ELQUINZIE LEWIS, a/k/a "Quince Lewis" and
others constituted an organization involved in the distribution of controlled
substances, such as cocaine, crack cocaine and heroin at locations in the
Camden, New Jersey area and elsewhere. Among other things, the
organization controlled and directed the street-level drug distribution at certain

2

locations in Camden, New Jersey known as drug sets or drug points, including areas near 8th and Tulip Streets.

    3.    At times relevant to this Second Superseding Indictment:

        a.    defendants CARL WILES and FUQUAN PULLIAM were partners and leaders of the organization who directed its drug distribution activities and mediated disputes among its members;

        b.    defendants CARL WILES and FUQUAN PULLIAM obtained cocaine and crack cocaine for the organization and arranged for its distribution;

        c.    defendant KEITH JACKSON, among others, supplied heroin to the organization;

        d.    defendant KHALIL MIMS acted as a manager, coordinating the drug distribution activities of the individuals who worked on the drug set at 8th and Tulip Streets in Camden, New Jersey, collected the proceeds from the drug sales, and assisted in the bulk distribution of cocaine, crack cocaine and heroin;

        e.    defendants CARL WILES, FUQUAN PULLIAM, KHALIL MIMS, JUSTIN GOULD, MARQUEIS THOMAS-RANDALL and others maintained and used locations in Camden, New Jersey for the purpose of manufacturing cocaine into crack cocaine and storing cocaine, crack cocaine, and heroin prior to its distribution;

        f.    defendants JUSTIN GOULD, MARQUEIS THOMAS RANDALL, WILLIAM GIDEON, ELQUINZIE LEWIS, and others worked at the

drug set located at 8th and Tulip Streets in Camden selling cocaine, crack cocaine and heroin.

## OBJECT, MANNER AND MEANS OF THE CONSPIRACY

4.     It was the object of the conspiracy to distribute controlled substances in Camden, New Jersey and elsewhere for profit.

5.     It was a part of the conspiracy that certain conspirators maintained an open air drug market in the area of 8th and Tulip Streets in Camden, New Jersey which sold cocaine, crack cocaine and heroin 24 hours a day, seven days a week.

6.     It was further a part of the conspiracy that certain conspirators obtained cocaine and heroin for distribution in Camden.

7.     It was further a part of the conspiracy that members and associates of the organization used cellular telephones to communicate with each other by calls and through text messages. In the calls and text messages, members of the organization used coded language to discuss the acquisition of cocaine, crack cocaine and heroin; the availability of cocaine, crack cocaine and heroin for purchase and redistribution; the location of cocaine, crack cocaine and heroin customers; and the amounts of cocaine, crack cocaine and heroin requested.

8.     It was a further part of the conspiracy that certain conspirators converted some of the cocaine into crack cocaine, and processed and packaged the crack cocaine for distribution by adding dilutants and placing the crack cocaine into bags that were colored or were stamped with brand names or

4

markings, such as blue bags. The cocaine and heroin were in bags that were colored or were stamped with brand names or markings such as "red devil," "superman," "batman," "green dinosaur" or in clear bags or yellow bags. The drugs were placed in particular bags to distinguish it from other cocaine, crack cocaine and heroin sold in Camden, New Jersey.

9.     It was a further part of the conspiracy that certain conspirators sold the cocaine, crack cocaine and heroin at drug sets in Camden, New Jersey and elsewhere.

10.    It was a further part of the conspiracy that certain conspirators retrieved, transferred, and transported the proceeds of the drug sales.

11.    It was a further part of the conspiracy that certain conspirators used several properties in and around the Crestbury Apartments in Camden, New Jersey to store cocaine, crack cocaine, heroin, drug proceeds and firearms.

12.    It was a further part of the conspiracy that the conspirators engaged in their illegal activities in ways designed to minimize detection and apprehension by law enforcement, such as the use of "lookouts," different rental vehicles and storing drugs and the proceeds of the drug sales in the residences of family members.

13.    It was a further part of the conspiracy that the conspirators attempted to acquire handguns and ammunition; did possess handguns, shotgun, rifles and ammunition; and stored and transferred firearms from one

location to another and from one member or associate to another as needed throughout the course of the conspiracy.

14.    It was a further part of the conspiracy that the organization obtained, carried and used firearms to maintain control over and protect its operations through violence and threats of violence.

In violation of Title 21, United States Code, Section 846.

6

## COUNT 2

## [18 U.S.C. § 924(c) – Possession and Use of a Firearm During a Drug Trafficking Crime and Aiding and Abetting Thereof]

1.     Paragraphs 2 through 14 of Count 1 of this Second Superseding

Indictment are incorporated as if set forth in full herein.

2.     From in or about December 2011 to in or about April 2013, in

Camden County, in the District of New Jersey, and elsewhere, defendants

CARL WILES, a/k/a "Call Call,"
FUQUAN PULLIAM, a/k/a "Fu,"
KHALIL MIMS, a/k/a "Lil,"
KEITH JACKSON,
JUSTIN GOULD, a/k/a "Jay,"
MARQUEIS THOMAS RANDALL, a/k/a "Marty," and
WILLIAM GIDEON, a/k/a "Will,"

during and in relation to a drug trafficking crime, that is, conspiracy to

distribute and possess with the intent to distribute cocaine, crack cocaine and

heroin, as charged in Count 1 of this Second Superseding Indictment, did

knowingly and intentionally use, carry, possess, brandish and discharge a

firearm in furtherance of the drug trafficking crime.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii) and

(iii), and Title 18, United States Code, Section 2.

7

## COUNTS 3 to 18
### [Distribution and Possession with Intent to Distribute Crack Cocaine, Heroin and Cocaine]

1.    Paragraphs 2 through 14 of Count 1 of this Second Superseding Indictment are incorporated as if set forth in full herein.

2.    On or about the dates set forth below, in Camden County, in the District of New Jersey, and elsewhere, the defendants indicated below did knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, crack cocaine, Schedule II controlled substances, or heroin, a Schedule I controlled substance as set forth below:

| COUNT | DATE | DEFENDANT | CONTROLLED SUBSTANCE |
|-------|------|-----------|----------------------|
| 3 | 9/18/2012 | CARL WILES | Heroin |
| 4 | 9/26/2012 | CARL WILES | Heroin |
| 5 | 10/10/2012 | CARL WILES | Heroin |
| 6 | 10/23/2012 | CARL WILES | Heroin |
| 7 | 11/20/2012 | CARL WILES | Heroin |
| 8 | 12/5/2012 | CARL WILES | Heroin |
| 9 | 12/18/2012 | CARL WILES | Heroin |
| 10 | 1/8/2013 | CARL WILES FUQUAN PULLIAM | Heroin Cocaine |
| 11 | 1/15/2013 | FUQUAN PULLIAM | Cocaine Crack Cocaine |
| 12 | 1/29/2013 | FUQUAN PULLIAM | Heroin Cocaine |
| 13 | 1/30/2013 | JUSTIN GOULD | Heroin |
| 14 | 2/8/2013 | CARL WILES FUQUAN PULLIAM | Heroin Cocaine |
| 15 | 2/21/2013 | FUQUAN PULLIAM | Heroin Crack Cocaine |
| 16 | 2/26/2013 | WILLIAM GIDEON | Cocaine Crack Cocaine |
| 17 | 3/14/2013 | WILLIAM GIDEON | Heroin Crack Cocaine |

| 18 | 3/14/2013 | FUQUAN PULLIAM | Crack Cocaine |

In violation of Title 21, United States Code, Sections 841(a)(1) and

(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNTS 19 to 61
### [Use of a Communication Facility]

1.     Paragraphs 2 through 14 of Count 1 of this Second Superseding
Indictment are incorporated as if set forth in full herein.

2.     On or about the dates, and at or about the times indicated below,
in Camden County, in the District of New Jersey, and elsewhere, the
defendants indicated below did knowingly and intentionally use, and cause to
be used, a communication facility, that is, a cellular telephone, in facilitating
the knowing and intentional conspiracy to distribute and possess with intent to
distribute cocaine and crack cocaine, both Schedule II drug controlled
substances, and heroin, a Scheduled I drug controlled substance, a felony
pursuant to Title 21, United States Code, Section 846:

| COUNT | DATE OF OFFENSE | TIME | DEFENDANT(S) |
|---|---|---|---|
| 19 | 1/8/2013 | 7:37 p.m. | CARL WILES and WILLIAM GIDEON |
| 20 | 1/9/2013 | 12:36 p.m. | CARL WILES and WILLIAM GIDEON |
| 21 | 1/10/2013 | 12:55 p.m. | CARL WILES and WILLIAM GIDEON |
| 22 | 1/10/2013 | 12:59 p.m. | CARL WILES and JUSTIN GOULD |
| 23 | 1/22/2013 | 4:29 p.m. | CARL WILES and FUQUAN PULLIAM |
| 24 | 1/23/2013 | 10:52 a.m. | CARL WILES and WILLIAM GIDEON |
| 25 | 1/23/2013 | 10:57 a.m. | CARL WILES and FUQUAN PULLIAM |
| 26 | 1/25/2013 | 10:26 p.m. | CARL WILES and MARQUEIS THOMAS RANDALL |
| 27 | 1/29/2013 | 4:33 p.m. | CARL WILES and FUQUAN PULLIAM |
| 28 | 1/31/2013 | 8:12 a.m. | CARL WILES, JUSTIN |

|     |           |            | GOULD and WILLIAM GIDEON |
| --- | --------- | ---------- | ------------------------ |
| 29  | 2/1/2013  | 10:11 a.m. | CARL WILES and MARQUEIS THOMAS RANDALL |
| 30  | 2/3/2013  | 3:08 p.m.  | CARL WILES and JUSTIN GOULD |
| 31  | 2/3/2013  | 8:05 p.m.  | CARL WILES and MARQUEIS THOMAS RANDALL |
| 32  | 2/4/2013  | 9:22 a.m.  | CARL WILES and FUQUAN PULLIAM |
| 33  | 2/13/2013 | 4:33 p.m.  | FUQUAN PULLIAM and Unknown Male |
| 34  | 2/21/2013 | 6:56 p.m.  | FUQUAN PULLIAM and Unknown Male |
| 35  | 2/24/2013 | 1:43 p.m.  | KHALIL MIMS and JUSTIN GOULD |
| 36  | 2/27/2013 | 9:47 a.m.  | KHALIL MIMS and ELQUINZIE LEWIS |
| 37  | 2/27/2013 | 10:11 a.m. | CARL WILES and KHALIL MIMS |
| 38  | 2/28/2013 | 8:56 a.m.  | CARL WILES and KEITH JACKSON |
| 39  | 2/28/2013 | 9:08 a.m.  | CARL WILES and KEITH JACKSON |
| 40  | 3/1/2013  | 1:53 a.m.  | KHALIL MIMS and ELQUINZIE LEWIS |
| 41  | 3/1/2013  | 8:33 a.m.  | KHALIL MIMS and ELQUINZIE LEWIS |
| 42  | 3/1/2013  | 8:44 a.m.  | KHALIL MIMS and FUQUAN PULLIAM |
| 43  | 3/1/2013  | 9:15 a.m.  | CARL WILES and KHALIL MIMS |
| 44  | 3/1/2013  | 9:22 a.m.  | CARL WILES and FUQUAN PULLIAM |
| 45  | 3/1/2013  | 2:51 p.m.  | CARL WILES and ELQUINZIE LEWIS |
| 46  | 3/5/2013  | 3:39 p.m.  | CARL WILES and FUQUAN PULLIAM |
| 47  | 3/5/2013  | 11:45 p.m. | KHALIL MIMS and MARQUEIS THOMAS RANDALL |
| 48  | 3/5/2013  | 3:58 p.m.  | CARL WILES and KEITH JACKSON |

| 49 | 3/5/2013 | 6:33 p.m. | CARL WILES and KEITH JACKSON |
|----|----------|-----------|------------------------------|
| 50 | 3/5/2013 | 7:52 p.m. | CARL WILES and KEITH JACKSON |
| 51 | 3/5/2013 | 11:45 p.m. | KHALIL MIMS and MARQUEIS THOMAS RANDALL |
| 52 | 3/7/2013 | 10:40 a.m. | CARL WILES and KEITH JACKSON |
| 53 | 3/7/2013 | 5:16 p.m. | CARL WILES and KEITH JACKSON |
| 54 | 3/7/2013 | 7:47 p.m. | KHALIL MIMS and MARQUEIS THOMAS RANDALL |
| 55 | 3/7/2013 | 8:22 p.m. | CARL WILES and KEITH JACKSON |
| 56 | 3/7/2013 | 9:16 p.m. | CARL WILES and KEITH JACKSON |
| 57 | 3/7/2013 | 9:17 p.m. | CARL WILES, KHALIL MIMS and FUQUAN PULLIAM |
| 58 | 3/9/2013 | 4:05 p.m. | CARL WILES and KHALIL MIMS |
| 59 | 3/14/2013 | 11:20 a.m. | KHALIL MIMS and A.M. |
| 60 | 3/15/2013 | 4:42 p.m. | KHALIL MIMS and MARQUEIS THOMAS RANDALL |
| 61 | 3/18/2013 | 12:50 p.m. | CARL WILES and KEITH JACKSON |

In violation of Title 21, United States Code, Section 843(b), and Title 18,

United States Code, Section 2.

## COUNTS 62 to 65
### [Maintaining a Drug Involved Premises - 21 U.S.C. § 856]

1.     Paragraphs 2 through 14 of Count 1 of this Second Superseding

Indictment are incorporated as if set forth in full herein.

2.     From in or about December 2011 to in or about April 2013, in the

District of New Jersey, and elsewhere, the defendants listed below, knowingly

and intentionally opened and maintained a place for the purpose of

manufacturing, distributing, and using cocaine and crack cocaine, both

Schedule II drug controlled substances, and heroin, a Schedule I drug

controlled substance:

| COUNT | LOCATION | DEFENDANT(S) |
|-------|----------|--------------|
| 62 | 367 Morris Street, Apt. 5 Woodbury, New Jersey | CARL WILES |
| 63 | 4 Hunter Drive, Camden, New Jersey | CARL WILES |
| 64 | 811 Olive Street, Camden, New Jersey | CARL WILES FUQUAN PULLIAM KAHLIL MIMS |
| 65 | 2417A South 8th Street, Camden, New Jersey | MARQUEIS THOMAS RANDALL |

All in violation of Title 21, United States Code, Section 856(a)(1).

13

## COUNT 66
## [18 U.S.C. § 922 – Felon in Possession of a Firearm]

1.      Paragraphs 2 through 14 of Count 1 of this Second Superseding Indictment are incorporated as if set forth in full herein.

2.      On or about April 9, 2013, in Camden County, in the District of New Jersey, and elsewhere, defendant

CARL WILES,
a/k/a "Call Call,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess, in and affecting commerce, firearms, namely, one Springfield Armory, model XD, 9 mm semi-automatic handgun, bearing serial number US843488; one Smith and Wesson, model MP, .40 caliber semi-automatic handgun, bearing serial number DTK2514; one Norinco, model SKS, 7.62 mm rifle, bearing serial number 1711120, and a 100-round drum magazine; one Beretta, model Tomcat, .32 caliber semi-automatic handgun, bearing serial number DAA392505, with a laser sight; one Mossberg, model 500A, 12-gauge shotgun with a pistol grip, bearing serial number J823912; one Smith and Wesson, model .38 Special, .38 caliber revolver handgun, bearing serial number AYV4147; one CN Roman SA, model AK-47, 7.62 mm rifle, bearing serial number GS-0605-76; one Colt, model AR-15, .223 caliber rifle, with an obliterated serial number, loaded with a 30-round magazine and a 100-round magazine found nearby; one Cobray, model M11, 9mm semi-automatic

14

machine pistol, with an obliterated serial number, and with an extended 30-round magazine.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 67
### [18 U.S.C. § 922 – Felon in Possession of a Firearm]

1.     Paragraphs 2 through 14 of Count 1 of this Second Superseding Indictment are incorporated as if set forth in full herein.

2.     On or about April 9, 2013, in Camden County, in the District of New Jersey, and elsewhere, defendant

FUQUAN PULLIAM,
a/k/a "Fu,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess, in and affecting commerce, firearms, namely, one Colt, model .38 Special, .38 caliber revolver, bearing serial number 8781754; one Bryco Arms, model Jennings Nine, 9 mm semi-automatic handgun, bearing serial number 1376519; one Hi-Point, model JHP 45 ACP, .45 caliber semi-automatic handgun, bearing serial number, X400750; and one H & K, model USP Compact 45 Auto, .45 caliber semi-automatic handgun, bearing serial number 29-030495, and ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 68
### [18 U.S.C. § 922 – Felon in Possession of a Firearm]

1. Paragraphs 2 through 14 of Count 1 of this Second Superseding Indictment are incorporated as if set forth in full herein.

2. On or about April 9, 2013, in Camden County, in the District of New Jersey, and elsewhere, defendant

KAHLIL MIMS,
a/k/a "Lil,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year in a court in the State of New Jersey, did knowingly possess, in and affecting commerce, firearms, namely, one Glock, model 36, .45 caliber semi-automatic handgun, bearing serial number FTW580, and ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 69
### [18 U.S.C. § 922 – Felon in Possession of a Firearm]

1.      Paragraphs 2 through 14 of Count 1 of this Second Superseding

Indictment are incorporated as if set forth in full herein.

2.      On or about April 9, 2013, in Camden County, in the District of

New Jersey, and elsewhere, defendant

JUSTIN GOULD,
a/k/a "Jay,"

having been convicted of a crime punishable by imprisonment for a term

exceeding one year in a court in the State of New Jersey, did knowingly

possess, in and affecting commerce, a firearm, namely, one Ruger, Security-

Six, .357 caliber handgun, bearing serial number 157-33809, and ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 70
### [18 U.S.C. § 922 – Felon in Possession of a Firearm]

1.      Paragraphs 2 through 14 of Count 1 of this Second Superseding

Indictment are incorporated as if set forth in full herein.

2.      On or about April 9, 2013, in Camden County, in the District of

New Jersey, and elsewhere, defendant

MARQUEIS THOMAS-RANDALL,
a/k/a "Marqueis Randall,"
a/k/a "Marty,"

having been convicted of a crime punishable by imprisonment for a term

exceeding one year in a court in the State of New Jersey, did knowingly

possess, in and affecting commerce, a firearm, namely, one Browning, model

Luger, 9 mm semi-automatic handgun, serial number 245NP50266, and

ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The Grand Jury realleges and incorporates by reference the allegations contained in Count One of this Second Superseding Indictment for the purpose of noticing forfeiture pursuant to Title 21, United States Code, Section 853.

2. As a result of the foregoing offense, defendants CARL WILES, a/k/a "Call Call," FUQUAN PULLIAM, a/k/a "Fu," KHALIL MIMS, a/k/a "Lil," KEITH JACKSON, a/k/a "Tick," JUSTIN GOULD, a/k/a "Jay," MARQUEIS THOMAS RANDALL, a/k/a "Marty," WILLIAM GIDEON, a/k/a "Will," and ELQUINZIE LEWIS, a/k/a "Quince Lewis," shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a)(1) and (2), any and all property constituting and derived from any proceeds defendant CARL WILES, a/k/a "Call Call," FUQUAN PULLIAM, a/k/a "Fu," KHALIL MIMS, a/k/a "Lil," KEITH JACKSON, a/k/a "Tick," JUSTIN GOULD, a/k/a "Jay," MARQUEIS THOMAS RANDALL, a/k/a "Marty," WILLIAM GIDEON, a/k/a "Will," and ELQUINZIE LEWIS, a/k/a "Quince Lewis" obtained directly and indirectly as a result of the violation alleged in Count 1 of this Second Superseding Indictment and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violation, including but not limited to the following:

a. Approximately $213,695.00 (which includes $114,870 seized on April 9, 2013 from 367 Morris Street, Apt. 5, Woodbury, New Jersey and $66,102 seized on April 9, 2013 from 4 Hunter Drive, Camden, New Jersey) in

United States currency, in that such sum constitutes and is derived, directly and indirectly, from proceeds traceable to the commission of the conspiracy to distribute and to possess with intent to distribute cocaine, a Schedule II controlled substance, crack cocaine, a Schedule II drug controlled substance, and heroin, a Schedule I drug controlled substance and is intended to be used in any manner and part to commit and to facilitate the commission of said offense.

b.      The following firearms: A Rossi, M518, .22 caliber handgun, serial number L054801; a Ruger, Security-Six, .357 caliber handgun, serial number 157-33809; a Browning, Luger, 9 mm handgun, serial number 245NP50266; a Colt, .38 Special, .38 caliber revolver, serial number 8781754; a Bryco Arms, Jennings Nine, 9 mm handgun, serial number 1376519; a Hi-Point, JHP 45 ACP, .45 caliber handgun, serial number, X400750; an H & K, USP Compact 45 Auto, .45 caliber handgun, serial number 29-030495; a Glock, 36, .45 caliber handgun, serial number, FTW580; a Springfield Armory, XD, 9 mm handgun, serial number US843488; a Smith and Wesson, MP, .40 caliber handgun, serial number DTK2514; a Norinco, SKS, 7.62mm rifle, serial number 1711120, and a 100-round drum magazine; a Beretta, Tomcat, .32 caliber handgun, serial number DAA392505, with a laser sight; a Mossberg, 500A, 12-gauge shotgun with a pistol grip, serial number J823912; a Smith and Wesson, .38 Special, .38 caliber handgun, serial number AYV4147; a CN Roman SA, AK-47, 7.62mm rifle, serial number GS-0605-76; a Colt, AR-15, .223 caliber rifle, with an obliterated serial number, loaded with a 30-round

21

magazine and a 100-round magazine found nearby; a Cobray, M11, 9mm handgun, with an obliterated serial number, and with an extended 30-round magazine.

      3.     If the above-described forfeitable property, as a result of any act or omission of the defendants:

          a.     cannot be located upon the exercise of due diligence;

          b.     has been transferred or sold to, or deposited with, a third person;

          c.     has been placed beyond the jurisdiction of the Court;

          d.     has been substantially diminished in value; or

          e.     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants CARL WILES, a/k/a "Call Call," FUQUAN PULLIAM, a/k/a "Fu," KHALIL MIMS, a/k/a "Lil," KEITH JACKSON, a/k/a "Tick," JUSTIN GOULD, a/k/a "Jay," MARQUEIS THOMAS RANDALL, a/k/a "Marty," WILLIAM GIDEON, a/k/a "Will," and ELQUINZIE LEWIS, a/k/a "Quince Lewis" up to the value of the above described forfeitable property.

A TRUE BILL

FOREPERSON

Paul J. Fishman

PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 13-429 (RBK)

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

CARL WILES, a/k/a "Call Call,"
FUQUAN PULLIAM, a/k/a "Fu,"
KHALIL MIMS, a/k/a "Lil,"
KEITH JACKSON, a/k/a "Tick,"
JUSTIN GOULD, a/k/a "Jay,"
MARQUEIS THOMAS RANDALL, a/k/a "Marty,"
WILLIAM GIDEON, a/k/a "Will," and
ELQUINZIE LEWIS, a/k/a "Quince Lewis"

SECOND SUPERSEDING INDICTMENT FOR
21 U.S.C. § 846
21 U.S.C. § 841
21 U.S.C. § 843
21 U.S.C. § 856
18 U.S.C. § 922
18 U.S.C. § 924
18 U.S.C. § 2

A True Bill

Foreperson

PAUL J. FISHMAN.
U.S. ATTORNEY
NEWARK, NEW JERSEY

JASON M. RICHARDSON
Assistant U.S. Attorney
ERIN M. FAY
Special Assistant U.S. Attorney
Camden, New Jersey
(856) 757-5026

USA-48AD 8
(Ed. 1/97)